LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:10 Cr.-305 LKK |
|---|---|
| Plaintiff, | ORDER RE WAIVER OF APPEARANCE |
| v. | |
| SARA SHIRAZI | DATE: N/A<br>TIME:   N/A |
| Defendant, | Courtroom: Hon. Lawrence K. Karlton |

Defendant, SARA SHIRAZI, hereby waives the right to be present in open Court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, except upon arraignment, plea, empanelment of a jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if Defendant were personally present.

//
//
//

///

1

Further, Defendant agrees to be present in Court ready for trial on any day which the Court may fix in her absence.

Dated: May 10, 2011

By: /S/ Sara Shirazi (original signature Retained by attorney Christopher Wing)

Dated: May 10, 2011

By: /s/ Christopher H. Wing
Christopher H. Wing
Attorney for Defendant SARA SHIRAZI

IT IS SO ORDERED.

Dated: February 25, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/ / /

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.