BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SIAVASH POURSARTIP, ET AL., <br><br> Defendants. | CASE NO. 2:10-CR-305 LKK <br><br> ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT <br><br> DATE: July 22, 2014 <br> TIME: 9:15 a.m. <br> COURT: Hon. Lawrence K. Karlton |

On July 22, 2014, the Court held a status conference in this case. Assistant United States Attorneys Michele Beckwith and Philip A. Ferrari appeared on behalf of plaintiff, the United States of America. Christopher H. Wing and Richard Pachter appeared on behalf of defendants Sara Shirazi and Siavash Poursartip, respectively, both of whom have a waiver of appearance on file.

At the hearing, the Court heard argument from counsel on defendant Shirazi's motion to sever, which the government opposed. In light of Mr. Wing's representations that additional time is needed to obtain a diagnosis for Ms. Shirazi, the Court deferred ruling on the motion, and granted a continuance for a further status conference to October 7, 2014, at 9:15 a.m.

This Court has previously found this case to be complex, and time is excluded on that basis under local code T2 (18 U.S.C. § 3161(h)(7)(B)(ii)), as well as under local code T4 (18 U.S.C. § 3161(h)(7)(B)(iv)), based on the availability of counsel and the need for additional time to prepare, taking into account the exercise of due diligence.

1  Having found that the ends of justice served by continuing the case as requested outweigh the
2  interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial
3  Act, the Court hereby excludes time from July 22, 2014, to, and including, October 7, 2014, from
4  computation of time within which the trial of this matter must be commenced, pursuant to Local
5  Code T4 and T2.

7  Dated: July 25, 2014

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT