LAW OFFICES OF
CHRISTOPHER H. WING
2701 DEL PASO ROAD, SUITE 130 #45
SACRAMENTO, CA 95835
State Bar #063214

ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SIAVASH POURSARTIP, ET. AL<br>Defendants, | No.   2:10 Cr. 305 MCE<br><br>REQUEST TO FILE DOCUMENT UNDER SEAL AND ORDER |

Comes now SARA SHIRAZI, requesting that the Court allow the filing of Dr. Michael Kasman's report under seal.  The request is based on the content of the report, which includes personal and medical information.

ORDER

The Court having reviewed the request to allow a document to be filed under seal, and good cause appearing therefore, IT IS ORDERED that the Report of Dr. Michael Kasman be filed under seal.

IT IS SO ORDERED.

Dated:  December 9, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT