1  LAW OFFICES OF
   CHRISTOPHER H. WING
2  2701 DEL PASO ROAD, SUITE 130 #45
   SACRAMENTO, CA 95835
3  State Bar #063214

4

ATTORNEYS FOR:   Defendant

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA | No.   2:10 Cr. 305 MCE

11 |         Plaintiff,       | STIPULATION AND [PROPOSED]
                              | ORDER FOR CONTINUANCE OF
12 |    v.                    | STATUS CONFERENCE

13 |                          | DATE: FEBRUARY 5, 2015
   | SARA SHIRAZI, Et. Al.    | TIME: 9:00 AM
14 |         Defendants,

15

16     It is hereby stipulated and agreed by and between the United States of America, on
17 the one hand, and defendant Sara Shirazi, on the other hand, through their respective
18 attorneys, that the status conference in the above-entitled matter set for Thursday,
19 February 5, 2015 shall be continued to Thursday, February 12, 2015 at 9:00 a.m.

    At the request of Dr. Michael Kasman, M.D., Ms. Shirazi had undergone an
20 opthamologic examination which shows that she has a 50% loss of right pheripheral vision
21 in both her left and right eyes, she has undergone neuropsychological testing of her
22 memory, attention and concentration  as well as testing to determine her visual-perceptual-
23 motor processes, mental attention, control and tracking, immediate and delayed memory,
24 intelligence and cognition and executive functioning. Dr. Kasman has both reports and will
25 provide the Court with a Supplemental Report concerning their significance.

26 ///
27 ///
   ///
28

                                            1

Because of the scheduling of these tests during the Holiday Season, they have taken more time to schedule that anticipated, and Ms. Shirazi's counsel will provide the government with copies of the tests and reports by February 4, 2015 and will request an order from the Court sealing those documents on the same date and file them upon receipt of the Court's order.

The matter is already set for Trial on April 6, 2015, so no further findings concerning the Speedy Trial Act are required.

Dated: January 30, 2015

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:/s/ Christopher H. Wing
For: Philip Ferrari
Assistant U. S. Attorney
(per authorization)

Dated: January 30, 2015

/s/Christopher H. Wing
CHRISTOPHER H. WING
Attorney for Defendant SARA SHIRAZI

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therein, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the status conference in the above-entitled matter set for February 5, 2015 shall be continued to February 12, 2015 at 9:00 am.

DATED: February 3, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT