LAW OFFICES OF
CHRISTOPHER H. WING
2701 DEL PASO ROAD, SUITE 130 #45
SACRAMENTO, CA 95835
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.   2:10 Cr. 305 MCE |
| Plaintiff, | REQUEST TO FILE DOCUMENTS UNDER SEAL AND ORDER |
| v. | |
| SARA SHIRAZI, ET. AL | |
| Defendants, | |

Comes now SARA SHIRAZI, requesting that the Court allow the filing under seal of the Opthomalogical report of Dr. Vahid Feiz, the Neuropsychology report of Dr. Grant L. Hutchinson, PhD., the Supplemental Report of  Dr. Michael Kasman and an Excel spreadsheet of Ms. Shirazi's record of progress in reviewing the discovery materials in the case, redacted to eliminate attorney-client information.  The request is based on the content of the reports, which include personal and medical information.

//
//
//
//
//
//

///

1

ORDER

The Court having reviewed the request to allow a document to be filed under seal, and good cause appearing therefore, IT IS ORDERED that Opthomalogical report of Dr. Vahid Feiz, the Neuropsychology report of Dr. Grant L. Hutchinson, PhD., the Supplemental Report of Dr. Michael Kasman' and a redacted Excel spreadsheet of Ms. Shirazi's record of progress in reviewing the discovery materials in the case shall be filed under seal.

IT IS SO ORDERED.

Dated: February 6, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

///

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

2