IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-305 MCE |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SARA SHIRAZI, | |
| Defendant. | |

On February 12, 2015, counsel for defendant Shirazi and counsel for the government appeared before the Court for a status conference. At that status conference, the issue of Ms. Shirazi's competence was raised, and the government requested an order to have a doctor of its choosing examine Ms. Shirazi to assess her competence. That request was granted, and this order formalizes the order given at the February 12, 2015 hearing.

IT IS SO ORDERED.

Dated: April 1, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT