IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           v.<br><br>SARA SHIRAZI,<br><br>                Defendant. | CASE NO.  2:10-CR-305 MCE<br><br>SEALING ORDER |

    Good cause appearing, and pursuant to Local Rule 141, the documents submitted by the government on March 26, 2015, including the Request to Seal, are hereby sealed.

    IT IS SO ORDERED.

Dated:  April 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT