LAW OFFICES OF
CHRISTOPHER H. WING
2701 DEL PASO ROAD, SUITE 130 #45
SACRAMENTO, CA 95835
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SARA SHIRAZI<br><br>Defendant, | No. 2-10 – Cr. 0305 MCE-2<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF  RELEASE FOR DEFENDANT SARA SHIRAZI |

It is hereby stipulated and agreed by and between the United States of America and defendant SARA SHIRAZI, through their respective attorneys, that the conditions of Defendant's pre-trial release may be temporarily modified to allow Defendant to to visit Iran to visit her elderly parents who are in poor health. Ms. SHIRAZI's conditions of pre-trial release were previously modified in 2012 to allow her to visit her ailing parents in Iran from June 30, 2012 to July 21, 2012. There were no problems associated that trip.

It is further stipulated that Ms. SHIRAZI may travel from California to Iran tentatively leaving on June 26, 2015 and returning to California on July 11, 2015, assuming flight availability.

//
//
//
//
//
//
//

///

1

To accomplish this, the parties agree that Ms. Shirazi's counsel will pick up her passport from the Clerk of the United States District Court for the Eastern District of California upon this order being entered by the Court. Defendant's counsel will provide the Government with a copy of Defendant's flight information before Defendant may receive her passport. The parties further stipulate and agree that Ms. Shirazi's counsel will return Defendant's passport to the Clerk of the United States District Court for the Eastern District of California by no later than July 20, 2015.

Dated: May 20, 2015                           BENJAMIN B. WAGNER
                                              UNITED STATES ATTORNEY

                                              By:/s/Philip A. Ferrari
                                                  PHILIP A. FERRARI
                                              Assistant U. S. Attorney
                                              (per email authorization)


Dated: May 20, 2015                           /s/ Christopher H. Wing
                                                  CHRISTOPHER H. WING
                                              Attorney for Defendant SARA
                                              SHIRAZI

**ORDER**

The matter having come on before me pursuant to the stipulation of the parties, and good cause appearing therefore:

IT IS ORDERED THAT: Defendant SARA SHIRAZI's conditions of pretrial release shall be modified to allow her to travel to Iran from June 26, 2015 with a return on July 11, 2015.

IT IS FURTHER ORDERED THAT: The Clerk of the United States District Court for the Eastern District of California is instructed to allow Ms. Shirazi's counsel, Christopher H. Wing, to retrieve his passport immediately. Counsel will not provide Defendant with the passport until the Government has been notified of her itinerary. The Court further orders Ms. Shirazi (or his counsel) to return Defendant's passport to the Clerk of the United States District Court for the Eastern District of California by no later than July 20, 2015, whereupon the original conditions of Defendant's release shall be re-instated.

Dated:  May 21, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
shirazi0305.stipo.re.travel

/ / /

2