1 | LAW OFFICES OF
2 | CHRISTOPHER H. WING
3 | 2701 DEL PASO ROAD, SUITE 130 #45
SACRAMENTO, CA 95835
State Bar #063214

4 | ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2-10 – Cr. 0305 MCE |
|---|---|
| Plaintiff, | APPLICATION AND ORDER RETURN OF SARA SHIRAZI'S PASSPORT |
| v. | |
| SARA SHIRAZI | |
| Defendant, | |

    The Court has granted the government's unopposed Motion to Dismiss the Indictment in the above-entitled case in its entirety as to defendant SARA SHIRAZI. Therefore, defendant SARA SHIRAZI, through her attorney, requests that an order be entered allowing MS. SHIRAZI'S counsel to pick up her passport from the office of the Clerk of the United States District Court for the Eastern District of California.

Dated: October 28, 2015

                                                    By:/s/ Christopher H. Wing
                                                    CHRISTOPHER H. WING
                                                    Attorney for Defendant SARA
                                                    SHIRAZI

///

1

**ORDER**

The matter having come on before me pursuant to the request of Defendant SARA SHIRAZI, and good cause having been shown, the Clerk of the Court is hereby directed to release SARA SHIRAZI's passport to Ms. SHIRAZI'S attorney, Christopher H. Wing, immediately.

IT IS SO ORDERED.

DATED: November 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

/ / /

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

2